PEOPLE *v.* MASSEY

Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J.   Submitted Division 1 April 20, 1971, at Grand Rapids.   (Docket No. 10670.)   Decided May 27, 1971.

Jackson T. Massey was convicted, on his plea of guilty, of attempted breaking and entering of a business place.   Defendant appeals.   Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Thomas A. Neenan,* for defendant on appeal.

Before: T. M. BURNS, P. J., and FITZGERALD and R. B. BURNS, JJ.

PER CURIAM.   The defendant pled guilty to an included offense of attempted breaking and entering of a business place with intent to commit larceny therein.   MCLA § 750.92 (Stat Ann 1962 Rev § 28-.287) and MCLA § 750.110 (Stat Ann 1971 Cum Supp § 28.305).

The issue stated by the defendant is not supported factually by the record.   If it were, *People* v. *Stin-*

*son* (1967), 6 Mich App 648, *People* v. *Harvey* (1970), 24 Mich App 363, and *People* v. *Demson* (1970), 25 Mich App 151, would control. The question sought to be reviewed is so unsubstantial as to require no argument or formal submission.

Motion to affirm is granted.